SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES S. BROWN  Bar No. 135810
MARC A. KOONIN Bar No. 166210
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
PENINSULA CORRIDOR JOINT POWERS BOARD
(erroneously sued herein as Caltrain)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JAMES "KIMO" SLOAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CALTRAIN, a public corporation; MICHAEL SCANLON; AMTRAK, a public corporation; DAVID GUNN; AMELCO ELECTRIC; a private corporation; MARK ANGELICH; KINGDOM PIPELINE; a private corporation; BRENDAN MURPHY; CHRISTOPHER PAYNE; ROD MCLEAN; DEREK BROWN; LOUIS AVILEIR; CLAUDE ROBBINS; WAYNE PARKS; RUSSELL HOLDEN; JAMES CHAMPDELANE; and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO. C 05-03168 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ACTION AGAINST DEFENDANT CALTRAIN ONLY, WITH PREJUDICE** |
| AND RELATED CROSS-CLAIM. | |

Plaintiff CLARENCE JAMES "KIMO" SLOAN, JR. filed the original Complaint in this Action in San Mateo County Superior Court on June 17, 2005, <u>Sloan v. Caltrain, a public corporation, et al.</u>, San Mateo County Superior Court Case No. CIV447601, and served Defendant Peninsula Corridor Joint Powers Board ("Caltrain" or "Defendant"), erroneously named as "CalTrain" in the original Complaint. The Action was then removed to the U.S. District Court for the Northern District of California on August 4, 2005.

SF/1326097v2

-1-   CASE NO. C 05-03168 WHA
STIPULATION AND [PROPOSED] ORDER DISMISSING THE ACTION AGAINST DEFENDANT CALTRAIN ONLY WITH PREJUDICE

1  Plaintiff and Defendant CALTRAIN have now settled all claims between them and
2  request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this court enter an order
3  dismissing Plaintiff's action against CALTRAIN in its entirety and with prejudice, with both
4  Plaintiff and CALTRAIN to bear their own costs and attorneys' fees related to their presence in
5  and dismissal from this action.

6  DATED: 4-10, 2006            SEDGWICK, DETERT, MORAN & ARNOLD LLP

7
8  By: _____
        James S. Brown
9       Marc A. Koonin
        Attorneys for Defendant
10      PENINSULA CORRIDOR JOINT POWERS
        BOARD (erroneously sued herein as Caltrain)

11
12  DATED: 3-31, 2006            CHARLES J. KATZ, ESQ.
                                 ELLADENE LEE KATZ, ESQ.
13
14  By: _____
        Charles J. Katz
15      Elladene Lee Katz
        Attorneys for Plaintiff CLARENCE JAMES
16      "KIMO" SLOAN, JR.,

17                              **ORDER**

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19
20  DATED: 4/13/06, 2006        _____
                                Hon. William H. Alsup
21                              UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge William Alsup]*

-2-   CASE NO. C 05-03168 WHA
STIPULATION AND [PROPOSED] ORDER DISMISSING THE ACTION AGAINST DEFENDANT
CALTRAIN ONLY WITH PREJUDICE

SF/1326097v2