SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES S. BROWN  Bar No. 135810
MARC A. KOONIN Bar No. 166210
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
PENINSULA CORRIDOR JOINT POWERS BOARD
(erroneously sued herein as Caltrain)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JAMES "KIMO" SLOAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CALTRAIN, a public corporation; MICHAEL SCANLON; AMTRAK, a public corporation; DAVID GUNN; AMELCO ELECTRIC; a private corporation; MARK ANGELICH; KINGDOM PIPELINE; a private corporation; BRENDAN MURPHY; CHRISTOPHER PAYNE; ROD MCLEAN; DEREK BROWN; LOUIS AVILEIR; CLAUDE ROBBINS; WAYNE PARKS; RUSSELL HOLDEN; JAMES CHAMPDELANE; and DOES 1 through 20, inclusive;<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | CASE NO. C 05-03168 WHA<br><br>**STIPULATION AND** [PROPOSED] **ORDER DISMISSING CROSS-CLAIM AGAINST DEFENDANT KINGDOM PIPELINES, INC., WITHOUT PREJUDICE** |

Plaintiff CLARENCE JAMES "KIMO" SLOAN, JR. filed the original Complaint in this Action in San Mateo County Superior Court on June 17, 2005, <u>Sloan v. Caltrain, a public corporation, et al.</u>, San Mateo County Superior Court Case No. CIV447601, and served Defendant Peninsula Corridor Joint Powers Board ("Caltrain" or "Defendant"), erroneously named as "CalTrain" in the original Complaint. The Action was then removed to the U.S. District Court for the Northern District of California on August 4, 2005. Caltrain filed and served a cross-claim on January 23, 2006 on Defendant Kingdom Pipelines, Inc., ("Kingdom").

The Court entered an order dismissing Caltrain from the Plaintiff's action on April 23, 2006. Defendant Caltrain and Cross-Defendant Kingdom have now settled all claims between them and request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this court enter an order dismissing Caltrain's cross-claim against Defendant Kingdom in its entirety, without prejudice, with both Caltrain and Kingdom to bear their own costs and attorneys' fees related to Caltrain's cross-claim and the dismissal of Kingdom from the cross-claim in this action.

DATED: June 19, 2006                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                    By: _____
                                        James S. Brown
                                        Marc A. Koonin
                                        Attorneys for Defendant
                                        PENINSULA CORRIDOR JOINT POWERS
                                        BOARD (erroneously sued herein as Caltrain)

DATED: June 14, 2006                SIMPSON, GARRITY & INNES

                                    By: _____
                                        Laura E. Innes
                                        Attorneys for Cross-Defendant
                                        KINGDOM PIPELINES, INC. (erroneously sued
                                        herein as Kingdom Pipeline)

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 22, 2006                _____
                                    Hon. William H. Alsup
                                    UNITED STATES DISTRICT COURT JUDGE

-2-   CASE NO. C 05-03168 WHA
STIPULATION AND [PROPOSED] ORDER DISMISSING THE ACTION AGAINST CROSS-DEFENDANT
KINGDOM PIPELINE WITHOUT PREJUDICE