LAURA E. INNES, BAR NO. 124259
SARAH E. LUCAS, BAR NO. 148713
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861
Attorneys for Defendant
KINGDOM PIPELINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JAMES "KIMO" SLOAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALTRAIN, a public corporation; MICHAEL SCANLON; AMTRAK, a public corporation; DAVID GUNN; AMELCO ELECTRIC; a private corporation; MARK ANGELICH; KINGDOM PIPELINE; a private corporation; BRENDAN MURPHY; CHRISTOPHER PAYNE; ROD MCLEAN; DEREK BROWN; LOUIS DeAVILEIR; CLAUDE ROBINS; WAYNE PARKS; RUSSELL HOLDEN; JAMES CHAMPDELANE; and DOES 1 through 20, inclusive; <br><br> Defendants; | Case No. C 05 -03168 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AGAINST DEFENDANT KINGDOM PIPELINES, INC.** [sued erroneously as **Kingdom Pipeline**] |

Plaintiff CLARENCE JAMES "KIMO" SLOAN, JR. ("Plaintiff"), filed the original Complaint in this Action in San Mateo County Superior Court on June 17, 2005, *Sloan v. Caltrain, a public corporation, et al.*, San Mateo County Superior Court Case No. CIV447601; The Action was then removed to the U.S. District Court for the Northern District of California on August 4, 2005. Thereafter, Defendant Kingdom Pipelines, Inc. ("Kingdom" or "Defendant"), erroneously named as "Kingdom Pipeline" in the original Complaint, was served.

Plaintiff and Kingdom have now settled all claims between them arising out of this Action and request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this Court enter an order dismissing Plaintiff's Complaint against Kingdom in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: July 25, 2006

By: _____
Charles L. Katz, Esq.
Attorneys for Plaintiff, Clarence ("Kimo") Sloan, Jr.

DATED: July 25, 2006

SIMPSON, GARRITY & INNES, PC

By: _____
Laura E. Innes
Sarah E. Lucas
Attorneys for Defendant
KINGDOM PIPELINES, INC. (erroneously sued herein as Kingdom Pipeline)

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/2/_____, 2006



The Honorable William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California 94080.

On the date indicated below, I served by mail a true copy of the following documents:

**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AGAINST DEFENDANT KINGDOM PIPELINES, INC. [sued erroneously as Kingdom Pipeline]**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

| | |
|---|---|
| **Elladene Lee Katz, Esq.**<br>327 North San Mateo Drive, Suite 9<br>P.O. Box 517<br>San Mateo, CA  94401 | **Attorneys for Plaintiff Clarence Sloan, Jr.**<br>Phone: 650-348-8078<br>Fax: 650-348-8073 |
| **Charles Joshua Katz, Esq.**<br>475 El Camino Real, Suite 300<br>Millbrae, CA  94030 | **Attorneys for Plaintiff Clarence Sloan, Jr.**<br>Phone: 650-692-4100<br>Fax: 650-692-2900 |
| **James S. Brown, Esq.**<br>Marc A. Koonin, Esq.<br>SEDGWICK, DETERT, MORAN &<br>ARNOLD, LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA  94105 | **Attorneys for Caltrain**<br>Phone: 415-781-7900<br>Fax: 415-781-2635 |

{CLIENT FILES\30921\2\00054897.DOC}

**Randy Scott Erlewine, Esq.**
PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111

**Attorneys for Amtrak**
Phone: 415-398-0900
Fax: 415-398-0911

**David B. Simpson, Esq.**
Wolflick & Simpson
130 North Brand Boulevard, Suite 410
Glendale, CA 91203

**Attorneys for Amelco**
Phone: 818-243-8300
Fax: 818-243-0122

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2006, at South San Francisco, California.

*[signature]*
Teresa Huerta Larkin