1  R. SCOTT ERLEWINE (State Bar No. 095106)
   PHILLIPS, ERLEWINE & GIVEN LLP
2  One Embarcadero Center, Suite 2350
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   Attorneys for Defendant AMTRAK
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11
   CLARENCE JAMES "KIMO" SLOAN, JR.,     )    CASE NO. C 05-03168 WHA
12                                       )
                                         )
13              Plaintiff,               )
                                         )    STIPULATION AND
14  v.                                   )    [PROPOSED] ORDER
                                         )    DISMISSING COMPLAINT
15  CALTRAIN, a public corporation; MICHAEL ) AGAINST DEFENDANT
    SCANLON, et al.,                     )    NATIONAL RAILROAD
16                                       )    PASSENGER CORPORATION
                Defendants.              )    D/B/A AMTRAK
17                                       )
   _____ )
18

19       Plaintiff CLARENCE JAMES "KIMO" SLOAN, JR. filed the original Complaint in this

20  action in San Mateo County Superior Court on June 17, 2005, *Sloan v. Caltrain, a public*

21  *corporation, et al.*, Case No. CIV 447601, and served National Railroad Passenger Corporation

22  d/b/a Amtrak (hereafter "Amtrak"). The Superior Court action was subsequently removed to the

23  United States District Court for the Northern District of California on August 4, 2005, Case No.

24  C 05-03168 WHA.

25       Plaintiff and Amtrak have now settled all claims between them and request, pursuant to

26  Federal Rules of Civil Procedure, Rule 41(a)(2), that this court enter an order dismissing this

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION - Case No. C 05-03168 JCS
S:\Clients\AMTRAK\8204.9 (Sloan)\pld\rsc-stip to dismiss-072606.wpd

1. action against Amtrak in its entirety and with prejudice, with each party to bear its own costs and
2. attorney's fees.
3. DATED: August 21, 2006    PHILLIPS, ERLEWINE & GIVEN LLP
4.
5. By: _____
6. R. Scott Erlewine
   Attorneys for Defendant AMTRAK
7.
8. DATED: August 21, 2006
9. By: _____
10. Charles J. Katz
    Attorneys for Plaintiff CLARENCE
    JAMES "KIMO" SLOAN, JR.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 11, 2006    _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION - Case No. C 05-03168 JCS
S:\Clients\AMTRAK\8204.9 (Sloan)\pld\rse-stip to dismiss-072606.wpd

2