DAVID B. SIMPSON, SB#106326
WOLFLICK & SIMPSON
130 North Brand Boulevard
Suite 410
Glendale, California  91203
Telephone:  (818) 243-8300
Facsimile:   (818) 243-0122

Attorneys for Defendant
AMELCO ELECTRIC S.F. INC,
sued as AMELCO ELECTRIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JAMES "KIMO" SLOAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALTRAIN; a public corporation; MICHAEL SCANLON; AMTRAK, a public Corporation; DAVID GUNN; AMELCO ELECTRIC, a private corporation, MARK ANGELICH; KINGDOM PIPELINE, a private corporation; BRENDAN MURPHY; CHRISTOPHER PAYNE; ROD MCLEAN; DEREK BROWN; LOUISE DEAVILEIR; CLAUDE ROBINS; WAYNE PARKS; RUSSEL HOLDEN; JAMES CHAMPDELANE; and DOES 1 through 20, inclusive; <br><br> Defendants. | Case No.  C 05-03168 WHA <br><br> **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)]** |

TO THE COURT:

1

**STIPULATED DISMISSAL WITH PREJUDICE**

1  Plaintiff CLARENCE JAMES "KIMO" SLOAN, JR. and Defendant AMELCO
2  ELECTRIC S.F., INC. (sued herein as Amelco Electric), hereby stipulate, pursuant to
3  FRCP 41(a), to dismissal by Plaintiff CLARENCE JAMES "KIMO" SLOAN, JR., with
4  prejudice, of the entire above-captioned action as against Defendant AMELCO
5  ELECTRIC S.F., INC. (sued herein as Amelco Electric).

                              CHARLES J. KATZ, ESQ
                                       and
                              ELLADENE LEE KATZ, ESQ.

Dated: October 27, 2006       BY:_____/s/_____
                                 CHARLES J. KATZ
                                 Attorneys for Plaintiff
                                 CLARENCE JAMES "KIMO" SLOAN, JR.

                              WOLFLICK & SIMPSON

Dated: November 18, 2006      BY:_____/s/_____
                                 DAVID B. SIMPSON
                                 Attorneys for Defendant
                                 AMELCO ELECTRIC S.F., INC.

**IT IS SO ORDERED**

Dated: _December 4, 2006_____     _____
                                    Hon. William Alsup
                                    United States District Judge

---

2

**STIPULATED DISMISSAL WITH PREJUDICE**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 130 North Brand Boulevard, Glendale, California 91203.

On November 29, 2006, I served the foregoing document described as: **STIPULATED DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Charles J. Katz, Esq.
475 El Camino Real
Suite 300
Milbrae, California 94030

Elladene Lee Katz
327 North San Mateo Drive
Suite 9
P.O. Box 517
San Mateo, California 94401

XXX (BY MAIL) as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

___ (BY OVERNIGHT COURIER) I caused to be delivered via overnight courier to the offices of the addressee(s).

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 29, 2006, at Glendale, California.

NARINEH LEON                                    /S/

---

3

**STIPULATED DISMISSAL WITH PREJUDICE**